```
                                    ___ FILED           ___ RECEIVED
                                    ___ ENTERED         ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              MAY 1 3 2011

                                          CLERK US DISTRICT COURT
                                            DISTRICT OF NEVADA
                                    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:11-cr-173-JCM-GWF |
| ) | |
| JUAN FRANCISCO TABOADA-VILLANUEVA, ) | |
| a.k.a. PACO ) | |
| Defendant. ) | **ORDER** |

On April 20, 2011 the Federal Public Defender was appointed to represent Juan Francisco Taboada-Villanueva. The Court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Randall Roske, Esq. is APPOINTED as counsel for Juan Francisco Taboada-Villanueva in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Roske forthwith.

DATED this 13th day of May, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE